UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>         Plaintiff,<br><br>    v.<br><br>Rustic Cottage Resort & Motel, LLC, a California Limited Liability Company; and Does 1-10,<br><br>         Defendant. | No. 2:13-cv-02347-GEB-EFB<br><br>**ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

          Plaintiff states in the Status Report: "Plaintiff has granted an extension to the Defendant to answer, and expects a response to be filed with this court. If a response is not filed, Plaintiff will proceed by default procedures." (Pl.'s Status Report 2:1-3, ECF No. 16.) However, Plaintiff does not inform the Court when Defendant is expected to file a responsive pleading or by when it intends to initiate default proceedings should Defendant not file a responsive pleading. Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on March 3, 2014, is continued to April 14, 2014, at 9:00 a.m. A further status report shall be filed no later than fourteen (14) days

1

prior to the Status Conference, in which Plaintiff shall address the referenced matters.

IT IS SO ORDERED.

Dated: February 26, 2014

GARLAND E. BURRELL, JR.
Senior United States District Judge