UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| Scott Johnson, | No. 2:13-cv-02347-GEB-EFB |
|---|---|
| Plaintiff, | |
| v. | **ORDER RE: SETTLEMENT AND DISPOSITION** |
| Rustic Cottage Resort & Motel, LLC, a California Limited Liability Company; and Does 1-10, | |
| Defendant. | |

      Plaintiff filed a "Notice of Settlement" on March 28, 2014, in which he states, "a global settlement has been reached in the above-captioned case," and indicates "the Stipulation of Dismissal with prejudice as to all parties will be filed within 45 days." (Notice of Settlement 1:21-2:3, ECF No. 7.)

      Therefore, a dispositional document shall be filed no later than May 12, 2014. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

      Further, the Status Conference scheduled for hearing on April 14, 2014, is continued to commence at 9:00 a.m. on June 23, 2014, in the event no dispositional document is filed, or if this

1  action is not otherwise dismissed.[1]  A joint status report shall
2  be filed fourteen (14) days prior to the status conference.
3           IT IS SO ORDERED.
4  Dated:  April 1, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).