UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>          Plaintiff,<br><br>     v.<br><br>Rustic Cottage Resort & Motel, LLC, a California Limited Liability Company; and Does 1-10,<br><br>          Defendants. | No. 2:13-cv-02347-GEB-EFB<br><br>**DISMISSAL ORDER** |

Plaintiff filed a Notice of Settlement on March 28, 2014, in which he stated: "a global settlement has been reached in the above-captioned case," and indicated "the Stipulation of Dismissal with prejudice as to all parties w[ould] be filed within 45 days." (Notice of Settlement, ECF No. 7.) Therefore, an "Order Re Settlement and Disposition" was filed on April 1, 2014, which directed the parties to file a dispositional document no later than May 12, 2014. (Order, ECF No. 8.) The April 1, 2014 Order notified the parties that the failure to timely file a dispositional document could lead to dismissal of the action. Id.

///

1

1      Since no dispositional document has been filed, and the
2 parties have not provided any reason for the continued pendency
3 of this action, this action is dismissed without prejudice.
4      IT IS SO ORDERED.
5 Dated:  May 28, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge